COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



§

FLAMES AT GALLERIA II, LLC,                          No. 08-14-00202-CV

§

    Appellant,                   Appeal from

§

v.                                                   County Court at Law No. 2

§

BEE CAVE GALLERIA III, LP,                           of Travis County, Texas

§

    Appellee.                     (TC # C-1-CV-14-003427)

§

## MEMORANDUM OPINION

Pending before the Court is a joint motion to dismiss the appeal because the parties have settled the dispute between them. *See* TEX.R.APP.P. 42.1(a). We grant the motion and dismiss the appeal. In accordance with the parties' agreement, the cash bond posted by Flames at Galleria II, LLC in connection with this appeal is ordered to be disbursed in full to Bee Cave Galleria III, LP. The joint motion does not indicate that the parties have made any agreement regarding the assessment of costs. Consequently, costs of the appeal are taxed against Appellant, Flames at Galleria II, LLC. *See* TEX.R.APP.P. 42.1(d).

May 25, 2016

         ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rodriguez, and Hughes, JJ.